**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ARTHUR TORLUCCI,

        Plaintiff,

  v.

WARDEN HEDGPATH, et al.,

        Defendants.

                              /

No. C 09-01039 SBA (PR)

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

     In an Order dated March 30, 2010, the Court directed Plaintiff to complete a civil rights complaint form and an in forma pauperis (IFP) application, and told him that he must complete these documents within thirty days or his action would be dismissed. The Clerk of the Court sent Plaintiff a blank civil rights complaint form as well as a prisoner's IFP application.

     More than thirty days have passed, and Plaintiff has not filed the necessary documents or otherwise communicated with the Court.

     Accordingly, this action is DISMISSED WITHOUT PREJUDICE. The Court has rendered its final decision on this matter; therefore, this Order TERMINATES Plaintiff's case. The Clerk of the Court shall close the file.

     IT IS SO ORDERED.

DATED: 7/1/10

                            *Saundra B Armstrong*
                        SAUNDRA BROWN ARMSTRONG
                        United States District Judge

1  UNITED STATES DISTRICT COURT

2  FOR THE

3  NORTHERN DISTRICT OF CALIFORNIA

4

5

6  ARTHUR TORLUCCI et al,                           Case Number: CV09-01039 SBA

7              Plaintiff,                           **CERTIFICATE OF SERVICE**

8      v.

9  HEDGPATH et al,

10             Defendant.
   _____/

11

12  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
    Court, Northern District of California.

13
    That on July 2, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said
14  copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
    envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
15  located in the Clerk's office.

16

17
    Arthur Torlucci K-33910
18  Salinas Valley State Prison
    P.O. Box 1050
19  Soledad, CA 93960-1050

20  Dated: July 2, 2010

21                                                  Richard W. Wieking, Clerk
                                                    By: LISA R CLARK, Deputy Clerk
22

23

24

25

26

27

28

United States District Court
For the Northern District of California